Ernest Jenkins, appellant, v. Robert Jenkins et al., appellees.
Bill for contribution from co-sureties. Dismissed for want of equity. Appeal from the Circuit Court of Saline county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.

Charles H. Thompson and K. C. Ronalds, for appellant, John W. Browning and Oral P. Tuttle, for appellees.

Mr. Justice Boggs delivered the opinion of the court.